# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**U.S. BANK NATIONAL ASSOCIATION,**
as Trustee for the RMAC Trust, Series 2016-CTT,
Appellant,

v.

**DAVID TAL-MASON,**
Appellee.

No. 4D2022-2315

[December 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE12029850.

Adam A. Diaz of Diaz Anselmo & Associates P.A., Fort Lauderdale, for appellant.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***